**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TINA WAGONER                                                                         PLAINTIFF

V.                          NO. 4:05CV01061-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                            DEFENDANT

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 21st day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE